UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR122-114 |
| ) | |
| EBONY LASHAE WILSON ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**John E. Price** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** John E. Price be granted leave of absence for the following periods: July 14, 2023 through July 24, 2023.

**SO ORDERED**, this the 9th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA